No. A-664. MARKS *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution and enforcement of sentence, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant the application.

No. A-676. UNITED STATES *v.* MISSOURI ET AL. Application to vacate stay heretofore entered by the United States Court of Appeals for the Eighth Circuit, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. 66, Orig. MONTGOMERY *v.* CONGRESS OF THE UNITED STATES ET AL. Motion for leave to file bill of complaint and for all other relief denied.

No. 73-1046. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* DIAZ ET AL. Appeal from D. C. S. D. Fla. [Probable jurisdiction noted, 416 U. S. 980]; and

No. 73-1596. HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. *v.* MOW SUN WONG ET AL. C. A. 9th Cir. [Certiorari granted, 417 U. S. 944.] Cases restored to calendar for reargument.

No. 73-1820. PHILBROOK, COMMISSIONER, DEPARTMENT OF SOCIAL WELFARE *v.* GLODGETT ET AL. [Probable jurisdiction noted, 419 U. S. 963]; and

No. 74-132. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* GLODGETT ET AL. [Probable jurisdiction postponed, 419 U. S. 963.] Appeals from D. C. Vt. Motion of appellants for divided argument granted.

No. 74-124. BLUE CHIP STAMPS ET AL. *v.* MANOR DRUG STORES. C. A. 9th Cir. [Certiorari granted, 419 U. S. 992.] Motion of respondent for divided argument granted.